1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
           1301 Clay Street, Suite 340S
6          Oakland, California 94612
           Telephone: (510) 637-3680
7          FAX: (510) 637-3724
           Jonathan.Lee@usdoj.gov
8
9  Attorneys for the United States of America

**FILED**

Apr 23 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )  No. 4:21-mj-70271-MAG
                                         )
14          Plaintiff,                   )  **STIPULATION AND [PROPOSED]**
                                         )  **ORDER TO CONTINUE PRELMINARY**
15     v.                                )  **HEARING, EXCLUDE TIME UNDER THE**
                                         )  **SPEEDY TRIAL ACT, AND WAIVE TIME**
16  WILLIAM EUGENE MULLIGAN,             )  **UNDER RULE 5.1 FROM APRIL 22, 2021**
                                         )  **THROUGH MAY 24, 2021**
17          Defendant.                   )
                                         )
18  _____ )

STIPULATION AND PROPOSED ORDER
CR 4:21-mj-70271-MAG                    1

**STIPULATION**

The parties appeared on April 22, 2021 for a detention hearing, and the Court ordered defendant detained. On the record, the parties agreed and hereby stipulate as follows: (1) to continue the status regarding preliminary hearing to May 24, 2021 to facilitate ongoing discussions and for effective preparation of counsel; (2) to exclude time under the Speedy Trial Act from April 22, 2021 to May 24, 2021 because the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial (*See* 18 U.S.C. § 3161(h)(7)(A)); and (3) to waive time under Rule 5.1, from April 22, 2021 to May 24, 2021.

The parties base the exclusion and waiver above on the following: Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the parties jointly request that the court set the status regarding preliminary hearing for May 24, 2021 at 1:00 p.m. and find good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

DATED: April 22, 2021                           /s/                           
                                                JONATHAN U. LEE
                                                Assistant United States Attorney

DATED: April 22, 2021                           /s/                           
                                                HANNI M. FAKHOURY
                                                Counsel for Defendant MULLIGAN

**(PROPOSED) ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that for adequate preparation of the case by defense counsel and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded from April 22, 2021 to May 24, 2021.

Furthermore, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the status regarding preliminary hearing for May 24, 2021 at 10:30 a.m., based on the parties' showing of good cause to waive time under Rule 5.1, from April 22, 2021 to May 24, 2021, and finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).  Accordingly, IT IS HEREBY ORDERED THAT the waiver of time under Rule 5.1 is effective from April 22, 2021 to May 24, 2021.

IT IS SO ORDERED.

DATED: April 23, 2021

HON. ROBERT M. ILLMAN
United States Magistrate Judge